Opinion issued March
31, 2011








 

 



 

 

 









 








 

     

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00288-CV

____________

 

TEXAS SOUTHERN UNIVERSITY, Appellant

 

V.

 

CMS VIRON CORPORATION, F/K/A VIRON ENERGY RESOURCE MANAGEMENT
COMPANY, F/K/A CMS MARKETING SERVICES AND TRADING COMPANY, Appellee

 

 

 



On Appeal from the 80th District Court 

Harris County, Texas

Trial Court Cause No. 2002–54422

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed January 15, 2010.  On February 14, 2011, the parties filed a
joint motion to dismiss the appeal indicating they have reached an agreement to
settle and compromise their differences in this cause.  See Tex. R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of
Chief Justice Radack and Justices Bland and Brown.